UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICE WHITFIELD and FRANCISCA ONYEBUCHI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATC HEALTHCARE SERVICES, LLC,<br><br>Defendant. | Case No. 2:22-cv-05005-NJC-LGD<br><br>Judge Nusrat Jahan Choudhury<br><br>Magistrate Judge Lee G. Dunst |

## STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| October 18, 2024 | October 18, 2024 |
| Respectfully submitted, | Respectfully submitted, |
| */s/ Raina C. Borrelli* | */s/ Gerald L. Maatman, Jr.* |
| Raina C. Borrelli | Gerald L. Maatman, Jr. |
| Alex Phillips | DUANE MORRIS LLP |
| STRAUSS BORRELLI PLLC | 1540 Broadway |
| One Magnificent Mile | New York, NY 10036-4085 |
| 980 N Michigan Avenue, Suite 1610 | Telephone: +1 312 499 6710 |
| Chicago IL, 60611 | Fax: +1 312 499 6701 |
| Telephone: (872) 263-1100 | gmaatman@duanemorris.com |
| Facsimile: (872) 263-1109 | |
| raina@straussborrelli.com | Alex W. Karasik |
| aphillips@straussborrelli.com | Jennifer A. Riley |
| | DUANE MORRIS LLP |
| James J. Bilsborrow | 190 S. LaSalle St., Suite 3700 |
| WEITZ & LUXENBERG, P.C. | Chicago, IL 60603 |
| 700 Broadway | Telephone: (312) 499-6700 |
| New York, NY 10003 | awkarasik@duanemorris.com |

1

Telephone: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiff and the Proposed Class*

jariley@duanemorris.com

Mario Aieta
DUANE MORRIS LLP
230 Park Ave., Suite 1130
New York, NY 10169
Telephone: (212) 818-9200
maieta@duanemorris.com

Ryan Francis Monahan
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1182
rfmonahan@duanemorris.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on October 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 18th day of October, 2024.

        STRAUSS BORRELLI PLLC

        By: */s/ Raina C. Borrelli*
            Raina C. Borrelli
            raina@straussborrelli.com
            STRAUSS BORRELLI PLLC
            One Magnificent Mile
            980 N Michigan Avenue, Suite 1610
            Chicago IL, 60611
            Telephone: (872) 263-1100
            Facsimile: (872) 263-1109